IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COURTNEY ROARK | : | CIVIL ACTION |
| v. | : | No. 21-4107 |
| BRIAN IRIZARRY, et al. | : | |

## **ORDER**

AND NOW, on this 16th day of August, 2022, having considered Defendants' Motions to Dismiss and Plaintiff Courtney Roark's opposition thereto, it is HEREBY ORDERED the Motions (ECF Nos. 5 and 12) are GRANTED. Roark's Complaint is DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.